LOURDES G. BAIRD
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
HUGH W. BLANCHARD
ASSISTANT UNITED STATES ATTORNEY
    312 NORTH SPRING STREET
    LOS ANGELES, CA  90012
    213-894-2470
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff, | COURT NO: CV 90A-90749 |
| v. | DEFAULT JUDGMENT |
| JAMES ROBINSON<br>  Defendant(s). | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JAMES ROBINSON

, the sum of $3,474.50 as principal, $4,000.25 as accrued prejudgment interest, $140.00 administrative charges, and $24.20 costs, for a total amount of $7,638.95, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JAN 15 1991

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
Deputy Clerk